PER CURIAM.
Plaintiffs have appealed a final judgment based upon a jury verdict awarding them damages for personal injuries received in a vehicular collision proximately caused by defendant’s negligence. The sole point on appeal challenges the trial court’s order denying plaintiffs’ motion for a new trial on the ground that the damages awarded plaintiff Loretta Gerardi are inadequate.
Appellants having failed to demonstrate reversible error, the judgment appealed is affirmed.[1]
WIGGINTON, C. J., CARROLL, DONALD K. and RAWLS, JJ., concur.

. Brick v. Denny (Fla.App.1967), 205 So.2d 549; Roberts v. Bushore (Fla.App. 1966), 183 So.2d 708.